UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                      :

IN RE:                                            :        22 Civ.02449 (PAC)
                                                      :        IPTC NOTIFICATION

Initial Pretrial Conference Notification in a  :
case before Judge Paul A. Crotty, U.S.D.J.     :
                                                        :
------------------------------------------------------------X

The Initial Pretrial Conference is scheduled to go forward on: **Thursday, June 16, 2022 at 11:30 AM** via teleconference before Judge Paul A. Crotty, U.S.D.J.  Dial-in: 888-363-4749. Access: 8539662. The submission of the proposed civil case management plan (can be found on the SDNY website) and joint letter, pursuant to Rule 6G of Judge Crotty's Individual Practices , due two business days prior to the conference.  The joint letter should be filed on ECF in accordance with the ECF filing instructions as opposed to e-mailing the documents to the Court.  The proposed civil case management plan should be filed on ECF as an "exhibit / proposed order" to the joint letter.  If the date is not convenient, either party can e-mail three (3) mutually convenient dates to the Courtroom Deputy at:David_C_Gonzalez@nysd.uscourts.gov

5/18/2022

                                               *David Gonzalez*
                                               _____
                                               David Gonzalez, Courtroom Deputy