UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Michael Stickler,

        Plaintiff,

    -against-

IBM, Inc.

        Defendant.

------------------------------------------------------------X

22 Civ. 2449 (PAC)
Mediation
Referral Order

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated:    New York, New York
           June 16, 2022

_____
United States District Judge