# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

MICHAEL STICKLER

                      Plaintiff,                      22 **CIVIL** 2449(KMW)

    -against-                            **<u>JUDGMENT</u>**

IBM, INC.

                      Defendant.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 26, 2024, Defendant's motion for summary judgment is granted in its entirety.

**Dated:**  New York, New York

       August 27, 2024

                                                    **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                            **BY:**

                                                   **Deputy Clerk**